**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

JOHN LAWARREN WILLIAMS,

    Plaintiff,

v.

OFFICER MENDEZ,

    Defendant.

CIVIL ACTION NO.: 6:18-cv-84

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 10. Plaintiff did not file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, doc. 10, as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] While the Court mailed a copy of the Report and Recommendation to Plaintiff at his last known address, the Post Office returned the copy as "not deliverable as addressed," possibly because Plaintiff is no longer incarcerated. Doc. 11. The Court previously instructed Plaintiff on the importance of updating his address with the Court, cautioning that "[f]ailure to do so will result in the dismissal of this case, without prejudice." Doc. 8 at 3. Nevertheless, Plaintiff failed to do so, and the Court is unable to proceed with this action without proper contact information for Plaintiff.