# United States District Court
## Southern District of Georgia

JOHN LAWARREN WILLIAMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:18-cv-84

OFFICER MENDEZ,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with this Court's Order dated March 1, 2019 adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, this case is dismissed without prejudice. The Court denies Plaintiff in forma pauperis status on appel. This case stands closed.

Approved by: _____

March 7, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk